```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 10120
     SHANNON ORTIZ
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

         Debtor
     SSN XXX-XX-6299
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/05/07 and confirmed on 08/30/07.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   3880.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | 18296.45 | 1523.97 | 1145.86 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| MATCO TOOLS | SECURED | 3500.00 | .00 | 609.31 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 12799.48 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 314.79 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 349.50 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 204.56 | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | 2811.70 | .00 | .00 |
| PERFORMANCE CAPITAL MGMT | UNSECURED | 432.11 | .00 | .00 |

```
SNAP ON CREDIT              UNSECURED        1032.70              .00          .00
UNIFUND CCR PARTNERS        FILED LATE            .00              .00          .00
WEST ASSET MANAGEMENT       UNSECURED      NOT FILED              .00          .00
JOHN C DENT                 REIMBURSEMENT     105.00              .00       105.00
STATE DISBURSEMENT UNIT     CHILD SUPPORT    2014.62              .00          .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21796.45     15233.89     4830.57          .00     41860.91
PRINCIPAL PAID       1755.17       105.00         .00          .00      1860.17
INTEREST PAID        1523.97           .00        .00          .00      1523.97
TOTAL PAID           3279.14       105.00         .00          .00      3384.14
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00
and was paid $     318.56 .

The Trustee received $     177.30 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 10120 SHANNON ORTIZ